# Third District Court of Appeal

## State of Florida

Opinion filed July 20, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-2140
Lower Tribunal No. 20-20643
_____

**Gustavo Tellez,**
Appellant,

vs.

**Village of Key Biscayne,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Samantha Ruiz Cohen, Judge.

David J. Winker, P.A., and David J. Winker, for appellant.

Weiss Serota Helfman Cole & Bierman, P.L., Joseph H. Serota and Laura K. Wendell, for appellee.

Before FERNANDEZ, C.J., and SCALES, and BOKOR, JJ.

PER CURIAM.

Affirmed.